## Miller v. Commonwealth.

(Decided April 25, 1933.)

See, also, 241 Ky. 221, 43 S. W. (2d) 687; 242 Ky. 122, 45 S. W. (2d) 853.

C. C. WILLIAMS, J. C. BIRD and R. B. BIRD for appellant.

BAILEY P. WOOTTON, Attorney General, and H. HAMILTON RICE, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE RICHARDSON—Reversing.

R. H. Miller, with F. E. Miller, H. C. Taylor, W. H. Davis, and R. C. Haff, were indicted in the Rockcastle circuit court of the offense of banding or confederating to defraud the People's Bank of Mt. Vernon, Ky. R. H. Miller was tried and convicted, and his punishment fixed at confinement in the penitentiary for 3½ years. The indictment herein, the petition for the change of venue, and the affidavits offered in behalf of the commonwealth in resistance of the motion for a change of venue are identical with those in the case of R. H. Miller v. Commonwealth, 248 Ky. 717, — S. W. (2d) — , this day decided. The sufficiency of the indictment and the propriety of the ruling of the trial court presented therein were presented and considered in the above-entitled case.

For the reasons indicated and upon the authority therein set forth, the judgment herein is reversed for

proceedings consistent with this opinion, and the opinion in Miller v. Com. this day decided.